1  SCOTT A. GLOGOVAC
   Nevada Bar No. 000226
2  GLOGOVAC & PINTAR
   427 West Plumb Lane
3  Reno, Nevada 89509
   Telephone (775) 333-0400
4  sglogovac@gplawreno.net

5  Attorneys for Defendant
   CSAA INSURANCE EXCHANGE, an Inter-Insurance Bureau
6  (erroneously sued as "CSAA Insurance Exchange d/b/a
   AAA Insurance Exchange")
7

8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10

11
   ROCKHILL INSURANCE COMPANIES,          Case No.   3:17-cv-00496-HDM-WGC
12
                   Plaintiff,
13
           v.                             **STIPULATION AND ORDER EXTENDING**
14                                         **TIME TO RESPOND TO FIRST AMENDED**
   CSAA INSURANCE EXCHANGE D/B/A           **COMPLAINT**
15  AAA INSURANCE EXCHANGE;
   PREMIER RESTORATION AND
16  REMODEL, INC.

17                 Defendants.

18

19

20        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that

21  pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 7-1, Defendant CSAA INSURANCE

22  EXCHANGE, an Inter-Insurance Bureau (erroneously sued as "CSAA Insurance Exchange d/b/a/

23  AAA Insurance Exchange") shall have to and including January 8, 2018 to respond to Plaintiff's First

24  Amended Complaint. This extension of time does not alter the date of any event or any deadline

25  already fixed by Court order. There have been no previous requests for an extension of time in

26  connection with this matter.

27        No provision of this Stipulation and Order shall be construed as a waiver of, and defendant

28  CSAA expressly reserves, all defenses.

                                    - 1 -

DATED:    December 15, 2017                    GLOGOVAC & PINTAR

                                               By ___/s/ Scott A. Glogovac___
                                               Scott A. Glogovac

                                               Attorneys for Defendant, CSAA INSURANCE
                                               EXCHANGE


DATED:    December 15, 2017                    LAXALT & NOMURA, LTD

                                               By ___/s/ Daniel T. Hayward___
                                               Daniel T. Hayward

                                               Attorneys for Plaintiff Rockhill Insurance
                                               Companies


**IT IS SO ORDERED.**

Dated this __18th__ day of December 2017.


_____
UNITED STATES MAGISTRATE JUDGE