SCOTT A. GLOGOVAC, ESQ.
Nevada Bar No. 000226
GLOGOVAC & PINTAR
427 West Plumb Lane
Reno, Nevada 89509
Telephone (775) 333-0400
sglogovac@gplawreno.net

ROBERT E. WALL (California Bar No. 108114)
(Admitted *Pro Hac Vice*)
FREDERICK H. EBEY (California Bar No. 33802)
(Admitted *Pro Hac Vice*)
THE GRUNSKY LAW FIRM PC
240 Westgate Drive
Watsonville, CA 95076
Telephone (831) 722-2444
Facsimile (831)722-6153
rewall@grunskylaw.com
fhebey@grunskylaw.com

Attorneys for Defendant
CSAA INSURANCE EXCHANGE, an Inter-Insurance Bureau
("CSAA") (erroneously named as "CSAA Insurance Exchange d/b/a
AAA Insurance Exchange")

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROCKHILL INSURANCE COMPANIES,<br><br>              Plaintiff,<br><br>v.<br><br>CSAA INSURANCE EXCHANGE D/B/A AAA INSURANCE EXCHANGE; PREMIER RESTORATION AND REMODEL, INC.<br><br>              Defendants. | Case No. 3:17-cv-00496-HDM-WGC<br><br>ORDER GRANTING<br>**REQUEST TO WITHDRAW CSAA'S MOTION TO DISMISS AMENDED COMPLAINT AND ALTERNATIVE MOTION TO STAY** |

Defendant CSAA Insurance Exchange and Plaintiff Rockhill Insurance Companies have negotiated a compromise that eliminates the need to proceed with CSAA's Motion to Dismiss Amended Complaint and Alternative Motion to Stay that is presently scheduled for hearing on April 11, 2018. Accordingly, CSAA requests that the court authorize it to withdraw its Motion to Dismiss

Amended Complaint and Alternative Motion to Stay. If the court grants this request, CSAA further requests that the court give CSAA to and including May 10, 2018 to file its answer to the amended complaint and counter-claim. The May 10, 2018 date is tied into the underlying San Francisco state court litigation deadlines which is the reason it is requested.

DATED: April 10, 2018                THE GRUNSKY LAW FIRM PC

By /s/ Frederick H. Ebey
   Frederick H. Ebey (California Bar No. 33802)
   The Grunsky Law Firm PC
   240 Westgate Drive
   Watsonville, CA 95076
   fhebey@grunskylaw.com

In Association With:

Scott A. Glogovac, Esq. (Nevada Bar No. 000226)
Glogovac & Pintar
427 West Plumb Lane
Reno, NV 89509
sglogovac@gplawreno.net

Attorneys for Defendant CSAA Insurance Exchange

Good cause appearing, the telephonic motion hearing set for April 11, 2018 is hereby vacated.

IT IS SO ORDERED.

Dated: April 10, 2018

_____
Howard D. McKibben
United States District Court Judge

**REQUEST TO WITHDRAW CSAA'S MOTION TO DISMISS AMENDED COMPLAINT AND ALTERNATIVE MOTION TO STAY**

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am over the age of eighteen (18) years and not a party to the within action. I am employed by THE GRUNSKY LAW FIRM PC and my business address is 240 Westgate Drive, Watsonville, California 95076.

On **April 10, 2018** I caused to be served the within true copy of **REQUEST TO WITHDRAW CSAA'S MOTION TO DISMISS AMENDED COMPLAINT AND ALTERNATIVE MOTION TO STAY** on the parties to this action set forth by the addresses and manner listed below:

*Attorneys for Plaintiff Rock Hill Insurance Companies:*
Daniel T. Hayward
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, NV 89521
Tel.: 775-322-1170
dhayward@laxalt-nomura.com

*Attorneys Defendant Premier Restoration & Remodel, Inc.:*
Stephen G. Castronova
CASTRONOVA LAW OFFICES, P.C.
605 Forest Street
Reno, NV 89509
Tel.: 775-323-2646
sgc@castronovalaw.com

Adam H. Fleischer
Joanna G. Swartout
John A. Husmann
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, IL 60606
Tel.: 312-762-3100
afleischer@batescarey.com
jswartout@batescarey.com
jhusmann@batescarey.com

_____ **[By Mail]:** I caused each envelope, with postage prepaid to be placed in the United States mail at Watsonville, California. I am readily familiar with the business practices of the firm regarding the collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to such business practices, and in the ordinary course of business, all correspondence is deposited with the United States Postal Service on the same day it is placed for collection and mailing.

  XXX   **[By ECF]:** I electronically filed the foregoing with the Clerk of Court, using ECF, which sends an immediate notice of the electronical filing to the above parties at the email addresses registered in this case with ECF.

I declare, under penalty of perjury under the laws of the State of Nevada, that the foregoing is true and correct, and that this declaration was executed on **April 10, 2018** at Watsonville, California.

  /s/Nessa Wright_____
  Nessa Wright

- 1 -

*Rockhill Insurance Companies v. CSAA Insurance Exchange, et al.*
**PROOF OF SERVICE**