LISA A. TAYLOR, ESQ.
Nevada Bar No. 008283
5664 N. Rainbow Blvd.
Las Vegas, Nevada 89130
(702) 645-0150
Lisa@Ltaylorlaw.com
Attorney for Defendant/Counter-Claimant
Premier Restoration and Remodel, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROCKHILL INSURANCE COMPANIES,

    Plaintiff,

vs.

CSAA INSURANCE EXCHANGE D/B/A AAA INSURANCE EXCHANGE; PREMIER RESTORATION AND REMODEL, INC.,

    Defendant

Case No.: 3:17-cv-00496-HDM-WGC

## SUBSTITUTION OF ATTORNEYS

IT IS HEREBY STIPULATED and AGREED that Defendant/Counter-Claimant PREMIER RESTORATION AND REMODEL, INC., hereby substitutes LISA A. TAYLOR, ESQ. of the Law Office of Lisa A. Taylor, as attorney of record for said Defendant/Counter-Claimant in place and stead of STEPHEN G. CASTRONOVA, ESQ. and notifies this court that different counsel has been retained to represent this party in the above entitled action.

///
///
///
///
///
///
///

-1-

## CONSENT TO SUBSTITUTION

The undersigned attorney of record, STEPHEN G. CASTRONOVA, ESQ., hereby consents to the above substitution of counsel for said Defendant/Counter-Claimant PREMIER RESTORATION AND REMODEL, INC., in the above-entitled action.

DATED: This 7th day of May, 2018.

Stephen G. Castronova, Esq.
605 Forest Street
Reno, NV 89509
Attorney for Premier Restoration

## CONSENT AND REQUEST FOR SUBSTITUTION

We hereby consent and request that Lisa A. Taylor, Esq. now be its attorney of record in place and in the stead of STEPHEN G. CASTRONOVA, ESQ. for Defendant/Counter-Claimant PREMIER RESTORATION AND REMODEL, INC.

DATED this 7th day of May, 2018.

PREMIER RESTORATION AND REMODEL, INC.

By: _____

## ACCEPTANCE OF SUBSTITUTION

LISA A. TAYLOR, ESQ. of the Law Office of Lisa A. Taylor, hereby accepts the substitution as attorney of record for Defendant/Counter-Claimant PREMIER RESTORATION AND REMODEL, INC., in the above-entitled matter.

DATED: This 8th day of May, 2018.

LAW OFFICE OF LISA A. TAYLOR

Lisa A. Taylor, Esq.
5664 N. Rainbow Blvd
Las Vegas, NV 89130

**ORDER**

IT IS HEREBY ORDERED that Defendant/Counter-Claimant PREMIER RESTORATION AND REMODEL, INC., can hereby substitute LISA A. TAYLOR, ESQ. of the Law Office of Lisa A. Taylor, as attorney of record for said Defendant/Counter-Claimant in place and stead of STEPHEN G. CASTRONOVA, ESQ.

IT IS SO ORDERED.

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 9, 2018