| | |
|---|---|
| 1 | DANIEL T. HAYWARD (SBN 5986) |
| 2 | LAXALT & NOMURA, LTD.<br>9790 Gateway Drive – Suite 200 |
| 3 | Reno, Nevada 89521<br>Telephone: (775) 322-1170 |
| 4 | Facsimile: (775) 322-1865 |
| 5 | dhayward@laxalt-nomura.com |
| 6 | ADAM H. FLEISCHER (Illinois Bar No. 6224928)<br>(admitted *pro hac vice*) |
| 7 | JOHN A. HUSMANN (Illinois Bar No. 6273392) |
| 8 | (admitted *pro hac vice*)<br>JOANNA G. SWARTOUT (Illinois Bar No. 6305993) |
| 9 | (admitted *pro hac vice*)<br>BATESCAREY LLP |
| 10 | 191 North Wacker, Suite 2400<br>Chicago, Illinois 60606 |
| 11 | Telephone: (312) 762-3100<br>Facsimile: (312) 762-3200 |
| 12 | afleischer@batescarey.com |
| 13 | jhusmann@batescarey.com<br>jswartout@batescarey.com |
| 14 | *Attorneys for Plaintiff,*<br>*Rockhill Insurance Company* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCKHILL INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>CSAA INSURANCE EXCHANGE D/B/A AAA INSURANCE EXCHANGE; PREMIER RESTORATION AND REMODEL, INC.<br><br>  Defendants. | Case No.: 3:17-cv-00496-HDM-WGC |

**STIPULATION AND ORDER EXTENDING TIME BY WHICH PLAINTIFF MAY FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS (FIRST REQUEST)**

Plaintiff/Counter-Defendant Rockhill Insurance Company ("Rockhill"), Defendant CSAA Insurance Exchange d/b/a AAA Insurance Exchange ("CSAA") and

Defendant/Counter-Claimant Premier Restoration and Remodel, Inc. ("Premier"), by and through their undersigned counsel and pursuant to LR IA 6-1, stipulate and request that the Court order that Plaintiff may have until and including August 22, 2018, by which to file its Reply in Support of Motion for Judgment on the Pleadings on Rockhill's Amended Complaint. The underlying Motion for Judgment on the Pleadings (ECF No. 64) was filed on July 25, 2018. Defendant CSAA's Opposition (ECF No. 65) was filed on August 8, 2018. Defendant Premier's Joinder in CSAA's Opposition (ECF No. 66) was filed on August 9, 2018. Plaintiff's Reply is presently due on August 15, 2018. This is the first stipulation for an extension of time to file Plaintiff's Reply.

Plaintiff has requested additional time within which to file its Reply because it is working diligently to complete written responses and prepare documents responsive to Defendant CSAA's Request for Production of Documents and Electronically Stored Information, which is due on August 15, 2018. In addition, counsel for Plaintiff, who is principally responsible for drafting its Reply in Support of Motion for Judgment on the Pleadings on Rockhill's Amended Complaint is scheduled to be out of the office during the week of August 13-18, 2018.

WHEREFORE, the parties stipulate and request that the Court order that Plaintiff may have until August 22, 2018, by which to file and serve its Reply in Support of Motion for Judgment on the Pleadings on Rockhill's Amended Complaint.

| DATED this 10 day of August, 2018. | DATED this 10 day of August, 2018. |
|---|---|
| LAXALT & NOMURA, LTD. | THE GRUNSKY LAW FIRM PC |
| /s/ *Daniel T. Hayward* <br> DANIEL T. HAYWARD (SBN 5986) <br> 9790 Gateway Drive – Suite 200 <br> Reno, Nevada 89521 <br> Telephone: (775) 322-1170 <br> Facsimile: (775) 322-1865 | /s/ *Frederick H. Ebey* <br> FREDERICK H. EBEY (CA BN 33802) <br> (admitted *pro hac vice*) <br> 240 Westgate Drive <br> Watsonville, CA 95076 <br> Telephone: (831)722-2444 <br> Facsimile: (831) 722-6153 |

Laxalt & Nomura,
Attorneys at Law
9790 Gateway Drive
suite 200
Reno, Nevada 89521

| Adam H. Fleischer (Illinois Bar No. 6224928) | In Association With: |
| --- | --- |
| (admitted *pro hac vice*) | |
| John A. Husmann (Illinois Bar No. 6273392) | SCOTT A. GLOGOVAC |
| (admitted *pro hac vice*) | Glogovac & Pintar |
| Joanna G. Swartout (Illinois Bar No. 6305993) | 427 West Plumb Lane |
| (admitted *pro hac vice*) | Reno, Nevada 89509 |
| BATES CAREY LLP | |
| 191 N. Wacker, Suite 2400 | *Attorneys for Defendants* |
| Chicago, IL 60606 | *CSAA Insurance Exchange* |
| Telephone: (312) 762-3100 | |
| Facsimile: (312) 762-3200 | |

*Attorneys for Plaintiff*
*Rockhill Insurance Company*

DATED this 10 day of August, 2018.

LAW OFFICE OF LISA A. TAYLOR

/s/ *Lisa A. Taylor*
LISA A. TAYLOR
5664 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Telephone: (702) 645-0150

*Attorney for Defendant,*
*Premier Restoration and Remodel, Inc.*

## **ORDER**

IT IS SO ORDERED.

*[signature: Howard D. McKibben]*

UNITED STATES DISTRICT JUDGE

DATED this  13  day of August, 2018.