UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROCKHILL INSURANCE COMPANIES,

    Plaintiff(s),

vs.

CSAA INSURANCE EXCHANGE, et al.,

    Defendant(s).

Case #3:17-cv-00496-HDM-WGC

**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Mark A. Deptula_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

BatesCarey LLP
(firm name)

with offices at _____191 North Wacker Drive_____,
(street address)

___Chicago___, ___Illinois___, ___60606___,
(city)       (state)       (zip code)

___312-762-3158___, ___mdeptula@batescarey.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Rockhill Insurance Companies___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 4, 1999 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Illinois | 6/13/2001 | 6269625 |
| District of Colorado | 4/13/2017 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6.  That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.  That Petitioner is a member of good standing in the following Bar Associations.

None.

8.  Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Illinois____ )
)
COUNTY OF ____Cook____ )

____Mark A. Deptula____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

25th day of April, 2019.

____Carmella Jankowski____
Notary Public or Clerk of Court

CARMELLA JANKOWSKI
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 8, 2022

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Daniel T. Hayward____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____9790 Gateway Drive, Suite 200____,
(street address)

____Reno____, ____Nevada____, ____89521____,
(city) (state) (zip code)

____775-322-1170____, ____dhayward@laxalt-nomura.com____.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Daniel T. Hayward_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Rob Leibrock_____
(party's signature)

Robin Leibrock, CARE Director, Rockhill Insurance Comp
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/_____
Designated Resident Nevada Counsel's signature

5986     dhayward@laxalt-nomura.com
Bar number     Email address

APPROVED:

Dated: this __25th__ day of __April__, 20__19__.

_____Howard D McKibben_____
UNITED STATES DISTRICT JUDGE

5        Rev. 5/16

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Mark Andrew Deptula

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/04/1999 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of April, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that on the 25th day of April, 2019, I caused to be served a true and correct copy of the foregoing *VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL* by:

☐ Mail on the parties listed below in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Law Offices of Laxalt & Nomura, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

☐ Facsimile on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

☒ By Electronic service by filing the foregoing with the Clerk of Court using the –E Service on line filing system, which will electronically mail the filing to the following individuals at the email addresses registered for this case.

addressed as follows:

Scott A. Glogovac
GLOGOVAC LAW LLC
3975 San Donato Loop
Reno, Nevada 89519
scottglogovac2019@outlook.com

Robert E. Wall
Frederick H. Ebey
The Grunsky Law Firm PC
240 Westgate Drive
Watsonville, California 95076
rewall@grunskylaw.com
fhebey@grunskylaw.com
*Attorneys for CSAA Insurance Exchange*

Lisa A. Taylor
Law Office of Lisa A. Taylor
5664 N. Rainbow Blvd.
Las Vegas, Nevada 89130
lisa@ltaylorlaw.com
*Attorney for Premier Restoration and Remodel, Inc.*

_____
KATHIE MARTIN