DANIEL T. HAYWARD (SBN 5986)
LAXALT & NOMURA, LTD.
9790 Gateway Drive – Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
dhayward@laxalt-nomura.com

ADAM H. FLEISCHER (Illinois Bar No. 6224928)
(admitted *pro hac vice*)
JOHN A. HUSMANN (Illinois Bar No. 6273392)
(admitted *pro hac vice*)
JOANNA G. SWARTOUT (Illinois Bar No. 6305993)
(admitted *pro hac vice*)
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
afleischer@batescarey.com
jhusmann@batescarey.com
jswartout@batescarey.com
*Attorneys for Plaintiff,*
*Rockhill Insurance Companies*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCKHILL INSURANCE COMPANIES,<br><br>Plaintiff,<br><br>v.<br><br>CSAA INSURANCE EXCHANGE D/B/A AAA INSURANCE EXCHANGE; PREMIER RESTORATION AND REMODEL, INC.<br><br>Defendants. | Case No.: 3:17-cv-00496-HDM-WGC<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME BY WHICH PARTIES MAY FILE RESPONSES AND REPLIES RELATED TO MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO STRIKE (FIRST REQUEST)** |

Plaintiff/Counter-Defendant Rockhill Insurance Company ("Rockhill") and Defendant CSAA Insurance Exchange d/b/a AAA Insurance Exchange ("CSAA"), by and through their

1

undersigned counsel and pursuant to LR IA 6-1, stipulate and request that the Court order as follows:

### Rockhill's Motion For Summary Judgment (ECF No. 88)

Rockhill and CSAA, by and through their undersigned counsel and pursuant to LR IA 6-1, stipulate and request that the Court order that 1) Defendant CSAA may have until and including July 3, 2019 by which to file its Opposition to, and that 2) Plaintiff Rockhill have until and including July 29, 2019 by which to file its Reply in support of, Rockhill's Motion for Summary Judgment on Rockhill's Amended Complaint. Rockhill's Motion for Summary Judgment was filed on June 6, 2019. Without the foregoing extension, CSAA's Response is due on June 27, 2019, and Rockhill's Reply is due on July 11, 2019. This is the first stipulation for an extension of time to file responsive pleadings related to Rockhill's Motion for Summary Judgment.

### CSAA's Motion For Summary Judgment or Partial Summary Judgment (ECF No. 90)

Rockhill and CSAA, by and through their undersigned counsel and pursuant to LR IA 6-1, further stipulate and request that the Court order that 1) Plaintiff Rockhill may have until and including July 3, 2019 by which to file its Opposition to, and that 2) Defendant CSAA have until and including July 29, 2019 by which to file its Reply in support of, CSAA's Motion for Summary Judgment or Partial Summary Judgment on Rockhill's Amended Complaint. CSAA's Motion for Summary Judgment or Partial Summary Judgment was filed on June 7, 2019. Without the foregoing extension, Plaintiff Rockhill's Response would be due on June 28, 2019, and Defendant CSAA's Reply is due on July 12, 2019. This is the first stipulation for an extension of time to file responsive pleadings related to CSAA's Motion for Summary Judgment or Partial Summary Judgment.

### Rockhill's Motion to Strike Affidavit Of Jeffrey Stempel (ECF No. 99)

Rockhill and CSAA, by and through their undersigned counsel and pursuant to LR IA 6-1, further stipulate and request that the Court order that 1) Defendant CSAA may have until

Laxalt & Nomura.
Attorneys at Law
9790 Gateway Drive
suite 200
Reno, Nevada 89521

and including July 8, 2019 by which to file its Opposition to, and that 2) Plaintiff Rockhill have until and including July 17, 2019 by which to file its Reply in support of, Rockhill's Motion to Strike the Affidavit of CSAA's Retained Expert Jeffrey W. Stempel. Rockhill's Motion to Strike the Affidavit of CSAA's Retained Expert Jeffrey W. Stempel was filed on June 12, 2019. Defendant CSAA's Response is presently due on June 26, 2019. Plaintiff Rockhill's Reply is presently due on July 3, 2019. This is the first stipulation for an extension of time to file responsive pleadings related to Rockhill's Motion to Strike the Affidavit of CSAA's Retained Expert Jeffrey W. Stempel.

This case is not presently scheduled for trial, such that the extensions of the briefing schedules will not impact any trial date. The parties have requested additional time within which to file their responsive pleadings to avoid the concentration of nearly overlapping deadlines, and to align the deadlines for the competing Motions for Summary Judgment. Additionally, counsel for Plaintiff, who are principally responsible for drafting its Reply in Support of Motion for Summary Judgment on Rockhill's Amended Complaint and its Reply in Support of its Motion to Strike the Affidavit of CSAA's Retained Expert Jeffrey W. Stempel are scheduled to be out of the office during the weeks of July 1-5, 2019 and July 8-12, 2019.

WHEREFORE, the parties stipulate and request that the Court order that the parties may extend their deadlines as specified above and summarized below.

1. <u>Rockhill's Motion for Summary Judgment</u>

   CSAA's Response due July 3

   Rockhill's Reply due July 29

2. <u>CSAA's Motion for Summary Judgment or Partial Summary Judgment</u>

   Rockhill's Response due July 3

   CSAA's Reply due July 29

3. <u>Rockhill's Motion to Strike</u>

   CSAA's Response due July 8

   Rockhill's Reply due July 17

3

DATED this 21st day of June, 2019.

LAXALT & NOMURA, LTD.

/s/ *Daniel T. Hayward*
DANIEL T. HAYWARD (SBN 5986)
9790 Gateway Drive – Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865

Adam H. Fleischer (Illinois Bar No. 6224928)
(admitted *pro hac vice*)
John A. Husmann (Illinois Bar No. 6273392)
(admitted *pro hac vice*)
Joanna G. Swartout (Illinois Bar No. 6305993)
(admitted *pro hac vice*)
BATES CAREY LLP
191 N. Wacker, Suite 2400
Chicago, IL 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200

*Attorneys for Plaintiff*
*Rockhill Insurance Companies*

DATED this 21st day of June, 2019.

THE GRUNSKY LAW FIRM PC

/s/ *Frederick H. Ebey*
FREDERICK H. EBEY (CA BN 33802)
(admitted *pro hac vice*)
240 Westgate Drive
Watsonville, CA 95076
Telephone: (831)722-2444
Facsimile: (831) 722-6153

In Association With:

SCOTT A. GLOGOVAC
Glogovac Law LLC
3975 San Donato Loop
Reno, Nevada 89519
scottglogovac2019@outlook.com

*Attorneys for Defendants*
*CSAA Insurance Exchange*

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

Laxalt & Nomura.
Attorneys at Law
9790 Gateway Drive
suite 200
Reno, Nevada 89521

4