RYAN W. LEARY (SBN 11630)
DANIEL T. HAYWARD (SBN 5986)
LAXALT & NOMURA, LTD.
9790 Gateway Drive – Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
dhayward@laxalt-nomura.com

ADAM H. FLEISCHER (Illinois Bar No. 6224928)
(admitted *pro hac vice*)
JOHN A. HUSMANN (Illinois Bar No. 6273392)
(admitted *pro hac vice*)
JOANNA G. SWARTOUT (Illinois Bar No. 6305993)
(admitted *pro hac vice*)
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
afleischer@batescarey.com
jhusmann@batescarey.com
jswartout@batescarey.com
*Attorneys for Plaintiff,*
*Rockhill Insurance Companies*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROCKHILL INSURANCE COMPANIES,<br><br>Plaintiff,<br><br>v.<br><br>CSAA INSURANCE EXCHANGE D/B/A AAA INSURANCE EXCHANGE; PREMIER RESTORATION AND REMODEL, INC.<br><br>Defendants. | Case No.: 3:17-cv-00496-HDM-WGC<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br>**AND**<br><br>**REQUEST TO CHANGE DESIGNATED RESIDENT ATTORNEY PURSUANT TO NEVADA SUPREME COURT RULE 42**<br><br>**AND**<br><br>(_____) **ORDER APPROVING REQUEST** |

1

Plaintiff ROCKHILL INSURANCE COMPANIES ("Rockhill"), through its undersigned counsel, LAXALT & NOMURA, LTD. and BATESCAREY LLP, hereby give notice that subject to the approval of the Court, attorney Daniel T. Hayward will no longer be representing Rockhill in this case due to a change of employment effective July 26, 2019. Attorney Ryan W. Leary, also of Laxalt & Nomura, Ltd., will be representing Rockhill as local counsel.

Rockill, its *pro hac vice* attorneys Adam H. Fleischer, John A. Husmann, Joanna G. Swartout, and Mark A. Deptula, current Designated Resident Nevada Counsel Mr. Hayward, and proposed new Designated Resident Nevada Counsel Mr. Leary, each further move the Court to permit Mr. Leary to serve as Designated Resident Nevada Counsel for attorneys Adam H. Fleischer, John A. Husmann, Joanna G. Swartout, and Mark A. Deptula in the place and stead of Mr. Hayward.

Attorneys A*dam* H. Fleischer, John A. Husmann, Joanna G. Swartout, and Mark A. Deptula, each of whom have been admitted *pro hac vice* to practice before this Court in this case, hereby designate Mr. Leary to serve as associate resident counsel in this case pursuant to Nevada Supreme Court Rule 42 in the place and stead of Mr. Hayward. Mr. Leary's address and email address is:

> Ryan W. Leary (SBN 11630)
> 9790 Gateway Drive, Suite 200
> Reno, Nevada 89521
> (775) 322-1170
> rleary@laxalt-nomura.com

Mr. Leary consents to serve as Designated Resident Nevada Counsel in this case in the place and stead of Mr. Hayward.

Rockhill, by and through its authorized representative, appoints Mr. Leary as its Designated Resident Nevada Counsel in this case in the place and stead of Mr. Hayward.

//

//

//

2

The undersigned, Ryan W. Leary, will provide a courtesy copy of this filing to the State Bar of Nevada as stated in the Certificate of Service.

DATED this \_\_\_\_ day of _____, 2019.

_____
Ryan W. Leary (SBN 11630)
LAXALT & NOMURA, LTD.
9790 Gateway Drive – Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
rleary@laxalt-nomura.com

DATED this 30 day of July, 2019.

_____
Daniel T. Hayward (SBN 5986)
LAXALT & NOMURA, LTD.
9790 Gateway Drive – Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
dhayward@laxalt-nomura.com

DATED this 30 day of July, 2019.

_____
ADAM H. FLEISCHER (Illinois Bar No. 6224928)
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
afleischer@batescarey.com

//
//
//

3

DATED this 30 day of July, 2019.

*(signature)*

JOHN A. HUSMANN (Illinois Bar No. 6273392)
(admitted *pro hac vice*)
BatesCarey LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
jhusmann@batescarey.com

DATED this 29 day of July, 2019.

*(signature)*

Joanna G. Swartout (Illinois Bar No. 6305993)
(admitted *pro hac vice*)
BatesCarey LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
jswartout@batescarey.com

DATED this 29th day of July, 2019.

*(signature)*

Mark A. Deptula (Illinois Bar No. 6269625)
(admitted *pro hac vice*)
BatesCarey LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
jswartout@batescarey.com

DATED this 29th day of July, 2019.

*(signature)*

An authorized representative of Plaintiff
Rockhill Insurance Companies

LAXALT & NOMURA,
ATTORNEYS AT LAW
9790 GATEWAY DRIVE
SUITE 200
RENO, NEVADA 89521

## ORDER

Based on the foregoing, IT IS HEREBY ORDERED that attorney Ryan W. Leary is hereby approved as Designated Nevada Resident Counsel for *pro hac vice* counsel Adam H. Fleischer, John A. Husmann, and Joanna G. Swartout pursuant to Supreme Court Rule 42, in the place and stead of Daniel T. Hayward.

DATED this __31st__ day of __July__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

5