AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

ROCKHILL INSURANCE COMPANIES,

        Plaintiff,

v.

CSAA INSURANCE EXCHANGE., et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: **3:17-cv-00496-HDM-WGC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**x** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Rockhill's motion for summary judgment on Rockhill's Amended Complaint (ECF No. 88) is GRANTED, and CSAA's motion for summary judgment on its counterclaims (ECF No. 90) is DENIED.

**IT IS FURTHER ORDERED** that judgment is entered in favor of the plaintiff, Rockhill, on Rockhill's Amended Complaint and against the defendants, CSAA and Premier, on their Counterclaims.

  August 9, 2019  
Date

DEBRA K. KEMPI  
Clerk

/s/   K. Rusin  
Deputy Clerk