UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROCKHILL INSURANCE COMPANIES,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CSAA INSURANCE EXCHANGE, and PREMIER RESTORATION AND REMODEL, INC.,<br><br>　　　　　　　　Defendants.<br><br>And related counterclaims. | Case No. 3:17-cv-00496-HDM-WGC<br><br>C/A # 19-16716<br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on December 14, 2020, issued its mandate affirming the court's judgment, and the court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this court.

IT IS SO ORDERED.

DATED: This 14th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE